# IN THE SUPREME COURT OF THE STATE OF NEVADA

PNC BANK, NATIONAL ASSOCIATION,

Appellant,

vs.

BRAD REIPLINGER; AND DANA REIPLINGER,

Respondents.

No. 67727

**FILED**

APR 1 9 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
Tracie K. Lindeman

By: _____

cc: Hon. Kathleen E. Delaney, District Judge
Thomas J. Tanksley, Settlement Judge
Ballard Spahr, LLP
Del Grosso Law, Ltd.
Eighth District Court Clerk

16-12256